# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TD BANK, N.A., | : |
| | : |
| | : Civil Action |
| Plaintiff, | : |
| | : No. 09-5112 |
| v. | : |
| | : |
| JOHN J. KORESKO, V, et al., | : |
| | : |
| Defendants. | : |

## ORDER

The Court has reviewed F&M Trust's Motion for a Temporary Restraining Order and a Preliminary Injunction (Docket No. 3). The Court held oral argument on November 12, 2009. AND NOW, this 16th day of November, 2009, it is ORDERED that the instant Motion is DENIED IN PART as to the request for a temporary restraining order. However, to the extent the requests made by F&M Trust therein relate to issues involved in the Department of Labor's Complaint and pending Motion for a Preliminary Injunction against the Koresko Defendants, Civil Action No. 09-988, all parties remain subject to the specific and extensive strictures set forth in the November 16, 2009, standstill Order entered by the Court in that matter.

The Court will rule on the remaining Motion for a Preliminary Injunction in this matter either in conjunction with or subsequent to its ruling on the Department of Labor's pending Motion for a Preliminary Injunction in the parallel action.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. Darnell Jones II,            J.